1

2

**Thomas P. Riley, SBN 194706**
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
**First Library Square**
**1114 Fremont Avenue**
**South Pasadena, CA 91030-3227**

3

4

**Tel:  626-799-9797**
**Fax: 626-799-9795**
**TPRLAW@att.net**

5

6

**Attorneys for Plaintiff**
**J & J Sports Productions, Inc.**

7

8

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

9

10

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | **CASE NO. 3:14-cv-03945-CRB** |
| **Plaintiff,** | **PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE; AND ORDER** |
| **v.** | |
| **RICHMOND APANDE, et al.,** | |
| **Defendants.** | |

11

12

13

14

15

16

17              TO THE HONORABLE CHARLES R. BREYER, THE DEFENDANTS AND THEIR

18      ATTORNEY/S OF RECORD:

19              Plaintiff J & J Sports Productions, Inc., hereby applies *ex parte* for an order continuing the Case

20      Management Conference presently set for Friday, December 12, 2014 at 8:30 AM.  As set forth below

21      Plaintiff respectfully requests that the Court continue the Case Management Conference to a new date

22      approximately Thirty (30) to Forty-Five (45) days forward.

23              The request for the brief continuance is necessitated by the fact that Plaintiff has not yet perfected

24      service of the initiating suit papers upon the Defendants Richmond Apande and Carol Apande,

25      individually and d/b/a Kupe Studio; and Kupe Studio, LLC, an unknown business entity d/b/a Kupe

26      Studio.  As a result, Plaintiff's counsel has not conferred with the defendants concerning the claims,

27      discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the

28      preparation of a Joint Case Management Conference Statement.

///

Plaintiff recently identified an alternative address that it believes will be successful to serve its initiating suit papers, upon the Defendants.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court continue the Case Management Conference, presently scheduled for Friday, December 12, 2014 at 8:30 AM.

Respectfully submitted,

Dated: December 2, 2014

*/s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

///
///
///
///
///
///
///
///
///
///
///
///
///
///

## ORDER

It is hereby ordered that the Case Management Conference in civil action number 3:14-cv-03945-CRB styled *J & J Sports Productions, Inc. v. Apande, et al.,* is hereby continued from 8:30 AM, Friday, December 12, 2014 to  January 16, 2015 at 8:30 a.m..

.

Plaintiff shall serve a copy of this Order on the Defendants and thereafter file a Certification of Service of this Order with the Clerk of the Court.

**IT IS SO ORDERED**:

IT IS SO ORDERED
Judge Charles R. Breyer

Dated: Dec. 2, 2014

_____

**THE HONORABLE CHARLES R. BREYER**
**United States District Court**
**Northern District of California**

///
///
///
///
///
///
///
///
///
///
///
///