# ORDER

It is hereby ordered that the Initial Case Management Conference in civil action number 3:14-cv-03945-CRB styled *J & J Sports Productions, Inc. v. Richmond Apande, et al*., is hereby continued from 8:30 AM, January 16, 2015 to  8:30 a.m., February 20, 2105.

Plaintiff is granted an additional thirty (30) days to forty-five (45) days from today's date to effectuate service of the Summons and Complaint filed in this matter, or to file a motion for service by publication, or in the alternative, a Notice of Voluntary Dismissal as to Defendant Richmond Apande and Carol Apande, individually and d/b/a Kupe Studio; and Kupe Studio, LLC, an unknown business entity d/b/a Kupe Studio, where service has not been made or service by publication requested.

Plaintiff shall serve a copy of this Order on the Defendant and thereafter file a Certification of Service of this Order with the Clerk of the Court.

**IT IS SO ORDERED**:



_____  Dated: January 5, 2015
**THE HONORABLE CHARLES R. BREYER**
United States District Judge
Northern District of California

///
///
///
///
///
///

# PROOF OF SERVICE (SERVICE BY MAIL)