IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS INC., | No. C14-03945 CRB |
| Plaintiff, | **ORDER RE: PROPOSED ORDERS** |
| v. | |
| RICHMOND APANDE, ET AL., | |
| Defendants. | |

On May 22, 2015, the Court held a case management conference in this case, and defendants did not appear. See Minutes (dkt. 36). Defendant Carol Apande has now filed a number of Proposed Orders, asking that: (1) she be permitted to call into subsequent case management conferences; (2) the parties be ordered to "share all supporting documents relating to the case"; and (3) a new case management conference be scheduled for Wednesday, July 22, 2015 at 10:00 a.m. See Proposed Orders (dkt. 37). This Court holds case management conferences at 8:30 a.m. on Fridays. See Standing Order. Accordingly, the Court SETS a case management conference in this case for Friday, July 24, 2015 at 8:30 a.m. Defendant may appear by telephone at this hearing but must seek further leave to appear by telephone at any further hearings. Defendant need not call in; the Court will call Defendant at the appointed time. The Court will not rule on discovery matters in advance of

//

1  the hearing.

2  **IT IS SO ORDERED.**

4  Dated: June 10, 2015

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California