Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| J & J SPORTS PRODUCTIONS, INC., | Case No. 3:14-cv-03945-CRB |
|---|---|
| Plaintiff, | |
| | ORDER |
| vs. | |
| RICHMOND APANDE, et al., | |
| Defendants. | |

### ORDER

It is hereby ordered that the Telephonic Status Conference in civil action number 3:14-cv-03945-CRB styled *J & J Sports Productions, Inc. v. Apande, et al.*, is hereby continued to Monday, November 10, 2015 at 10:00 A.M.

Plaintiff shall also serve a copy of this Order on the defendant and thereafter file a Certification of Service of this Order with the Clerk of the Court.

**IT IS SO ORDERED**:

_____                                Dated: October 19, 2015
THE HONORABLE CHARLES R. BREYER
United States District Court
Northern District of California

Page 1