IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS INC., | No. C14-03945 CRB |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| CAROL APANDE, | |
| Defendant. | |

On December 10, 2015, Plaintiff J&J Sports Productions Inc. filed a motion to enforce judgment in this case. See Mot. (dkt. 59). Defendant Carol Apande's opposition papers were due not more than 14 days after the Motion was filed. Local Rules Northern District of California, Rule 7-3(a). Defendant has failed to file a timely opposition. Accordingly, the Court ORDERS Defendant to SHOW CAUSE by Tuesday, January 5, 2016 why the Motion should not be granted.

**IT IS SO ORDERED.**

Dated: December 28, 2015

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE